| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-mj-0213-DB |
| Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING UNDER RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| TONY ACOSTA ALVAREZ and LIONEL ORNELAS, aka, LIONEL ORNELUS, | Date: January 2, 2018<br>Time: 2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |
| Defendants. | |

The Court has read and considered the parties' Stipulation and Extension of Time for Preliminary Hearing under Rule 5.1(d) and Exclusion of Time, filed December 27, 2017. The Court finds that the Stipulation, which the Court incorporates by reference into this Order, establishes good cause for an extension of time for the preliminary hearing date to January 4, 2018, under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to January 4, 2018, at 2:00 p.m. The defendants shall appear before United States Magistrate Judge Carolyn K. Delany in Courtroom 24 on that date and time.

2. The time between January 2, 2018, and January 4, 2018, shall be excluded from calculation of time under 18 U.S.C. § 3161(h)(7)(A) [Local Code T-4].

SO ORDERED.

Dated: December 28, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE